IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ALEXANDER WATKINS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:05-cv-322 |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, COMMISSIONER | ) | Chief District Judge Curtis L. Collier |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set out in the attached memorandum of law, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendations (Court File No. 25) and **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 20), but that the Court **ORDERS** the fees payable to the party rather than the attorney. This payment is for the sole purpose of payment of attorney's fees, and is not to be used for any other purpose, but the check will be sent to the attorney in this case rather than Plaintiff.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**